AO 93 (Rev. 11/13)  Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE INFOTAINMENT/TELEMATICS SYSTEMS OF A **2019 DODGE RAM BEARING ILLINOIS REGISTRATION NUMBER 2982333 AND VEHICLE IDENTIFICATION NUMBER 1C6SRFJT5KN506009.** | Case No. 4:22 MJ 3118 NCC<br><br>*Signed and Submitted to the Court for filing by reliable electronic means*<br><br>**FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___EASTERN___ District of ___MISSOURI___
*(identify the person or describe the property to be searched and give its location)*:

INFOTAINMENT/TELEMATICS SYSTEMS OF A **2019 DODGE RAM BEARING ILLINOIS REGISTRATION NUMBER 2982333 AND VEHICLE IDENTIFICATION NUMBER 1C6SRFJT5KN506009.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT A**.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 15, 2022___   *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Noelle C. Collins___.
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ❑ for _____ days *(not to exceed 30)*         ❑ until, the facts justifying, the later specific date of _____.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and Time issued: ___May 2, 2022 @3:35PM___        _____
                                                                                                                                          *Judge's signature*

City and State:   ___St. Louis, MO___           ___Hon. Noelle C. Collins, U.S. Magistrate Judge___
                                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.: 4:22 MJ 3118 NCC | Date and time warrant executed: 5-5-22  3:30 PM | Copy of warrant and inventory left with: Vehicle |

Inventory made in the presence of: N/A  Vehicle

Inventory of the property taken and name of any person(s) seized:

System Removed From Vehicle For examination

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-9-22

_____ FBI TFO
Executing officer's signature

David Rudolph  FBI TFO
Printed name and title

## ATTACHMENT A

The property to be searched is the infotainment/telematics systems within a 2019 Silver Ram Truck, VIN 1C6SRFJT5KN506009, with Illinois Registration 2982333 in the name of Jerome G. Williams. The **Target Vehicle** is currently located at SLMPD Department Laboratory, 1222 Clark Avenue, Saint Louis, Missouri 63103.

This warrant authorizes the forensic examination of the **Target Vehicle's** infotainment/telematics systems for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.　　All electronically stored information, on the Vehicle's infotainment and telematics systems described in Attachment A, that involves Jerome WILLIAMS and other known and unknown and relates to violations of Title 18, United States Code, Sections 2 and 1519 on the 2019 Silver Ram Truck, VIN 1C6SRFJT5KN506009, with Illinois Registration 2982333 in the name of Jerome G. Williams (hereinafter "**Target Vehicle's**") electronic systems on-board the vehicle that collect, maintain, and/or store data including, but not limited to, the vehicle's infotainment and/or telematic devices to include including:

    a. Stored electronic data, information, images, and related digital storage, and/or vehicle diagnostic data from electronic systems within the **Target Vehicle**, including, but not limited to:

        i. unique device identifiers;
        ii. media files;
        iii. call logs;
        iv. contacts;
        v. SMS;
        vi. Bluetooth connections;
        vii. USB connections;
        viii. voice commands;
        ix. voice recordings;
        x. voice calling;
        xi. web browser history;
        xii. Wi-Fi connections;

xiii. speech recognition;

xiv. time updates;

xv. track logs;

xvi. traction events;

xvii. traffic updates;

xviii. stop/start log;

xix. GPS warnings;

xx. hard acceleration;

xxi. hard braking;

xxii. light status;

xxiii. odometer reading;

xxiv. gear shifts;

xxv. historical navigation data;

xxvi. historical speed data;

xxvii. historical event data; and

xxviii. data streaming services and related content.